May 21, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

JOHN STEPHEN PHILIPS, Appellant

NO. 14-14-00161-CV              V.

GAIL MCNEASE, Appellee

_____

       This cause, an appeal from the summary judgment granted in favor of Gail McNease, signed November 21, 2013, was heard on the transcript of the record. We have inspected the record and find that the trial court erred by dismissing the entirety of the "Petition to Modify Alimony Payments" that had been filed by John Stephen Philips. The trial court erred because the petition included a modification claim asserted under the Texas Family Code that was not specifically addressed in a motion for summary judgment. We therefore order that the portions of the judgment that dismiss the modification claim asserted under the Texas Family Code are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

       Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

       We order that each party shall pay its costs by reason of this appeal.

       We further order this decision certified below for observance.